# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eugene Vincent Joiner,

             Plaintiff,

vs.

Minneapolis Joint Apprenticeship Committee,

             Defendants.

Civil 04-1218 (RHK/JSM)

**ORDER**

Pursuant to the Stipulation of Dismissal (Doc. No. 54), the above matter is

**DISMISSED WITH PREJUDICE**, without the award of costs or attorney's fees to either

party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 25, 2005

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge